UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 20 PM 2: 07

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

**NATHANIEL ANTHONY**

**v.**

**SHELBY COUNTY HEALTH CARE
CORPORATION d/b/a THE REGIONAL
MEDICAL CENTER AT MEMPHIS,
SABRINA LUCKETT, and
NANCY BANKS**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 05-2252-D**

---

**DECISION BY COURT.**   This action came to consideration before the
Court.   The issues have been considered and a decision has been
rendered.


**IT IS SO ORDERED AND ADJUDGED**   that in accordance with the
**Stipulation And Order Of Dismissal With Prejudice entered on June
9, 2005, this cause is hereby dismissed with prejudice.**


**APPROVED:**

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

Jun 20, 2005
Date

ROBERT R. DI TROLIO

Clerk of Court

(By)   Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-21-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in
case 2:05-CV-02252 was distributed by fax, mail, or direct printing on
June 21, 2005 to the parties listed.

---

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Jessica A. Neal
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Nathaniel Anthony
1181 Marble St.
Memphis, TN 38108

Honorable Bernice Donald
US DISTRICT COURT